# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANDREW GRAY**                                                                **PLAINTIFF**

**v.**                          **Case No. 3:18-cv-00135 KGB**

**CAVENAUGH LINCOLN-MERCURY, INC.,** *et al.*               **DEFENDANTS**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on July 26, 2018. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and is listed as counsel for defendant GS Administrators, Inc., the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 21st day of August 2018.

                                                                   **AT THE DIRECTION OF THE COURT**
                                                                   **JAMES W. McCORMACK, CLERK**

                                                            BY: /s/ Tracy M. Washington
                                                                Courtroom Deputy to United States
                                                                District Judge Kristine G. Baker