IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW GRAY                                                              PLAINTIFF

v.                              No. 3:18-cv-135-DPM

CAVENAUGH LINCOLN-MERCURY,
INC., an Arkansas Corporation;
CAVENAUGH FORD LINCOLN,
LLC, an Arkansas Limited Liability
Company; CAVENAUGH FORD
CO., an Arkansas Company; FORD
MOTOR COMPANY, a Delaware
Company; FORD MOTOR CREDIT
COMPANY, a Delaware Company;
and GS ADMINISTRATORS, INC.,
a Texas Corporation                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 January 2019